

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Domintric KinG
#(2015-0921109)

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

RECEIVED
JUL 2 7 2016 DC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 16 C 5842
(To be supplied by the <u>Clerk of this Court</u>)

CHECK ONE ONLY:       AMENDED COMPLAINT

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
      U.S. Code (state, county, or municipal defendants)

____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331 U.S. Code** (federal defendants)

____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Domintric King

B. List all aliases: _____

C. Prisoner identification number: 20150921109

D. Place of present confinement: CCDOC

E. Address: P.O Box 089002, Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Thomas J Dart
   Title: Sheriff of Cook County
   Place of Employment: Office of Cook County Sheriff

B. Defendant: _____
   Title: _____
   Place of Employment: _____

C. Defendant: _____
   Title: _____
   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Domintric King v Anita Alverez 16 C 4016

B. Approximate date of filing lawsuit: April 5, 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: 

D. List all defendants: Anita Alverez

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: Thomas M Durkin

G. Basic claim made: Fabricated evidence of police officers, unlawful arrest

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

I. Approximate date of disposition: June 2, 2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

While in CCDOC awaiting trial I was incarcerated from Dec 10, 2013 until April 6, 2015. During that time I was housed in Division 1, Tiers AB0, A1, F1, H4, G4, E1, F4, B4 my ID# 2013121021B. During this incarceration I was house in Division 1 again from Oct 10 until on around Oct 30th. I was house on B1 of the building. During both times of being housed in Div 1 the conditions were that of a condemned building. I

1) I had to take cold showers. The shower walls are full of mold, mildew and rust.
2) I had to sleep with Rats and Roaches crawling around me, and other infestations while in Division 1.
3) I also was subject to abestos and mercer while there.
4) I was Denied Religious Services, I couldn't practice Islam nor was I able to perform my fast for the holy month of Ramadan correctly because of eating conditions

At the end of Oct, 2015 they moved me from Div 1 and later closed the building because of its inhumane conditions.

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

This is my Formal legal Complaint and I want to sue Thomas Dart because he is the sheriff of CCDOC and has Control over all CCDOC. He also could have been stopped and closed Division 1 or any inhumane place in CCDOC, Hes the sheriff.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want pain and suffering Damages and I also want compensaton for being housed in a inhumane Conditions while awaiting trial, and being Denied religious services.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 20th day of July, 2016

(Signature of plaintiff or plaintiffs)

Domintric King
(Print name)

20150921109
(I.D. Number)

PO Box 089002, Chicago IL 60608

(Address)